**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| **KEVIN BEAUCHAMP,** *on behalf of himself and all others similarly situated*, |
| **Plaintiff,** |
| -against- |
| **USA DOG SHOP, LLC,** |
| **Defendant.** |

**1:24-cv-01198 (ALC) (SDA)**

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs and without prejudice to

restoring the action to this Court's calendar if the application to restore the action is made within

forty five days.  All deadlines are adjourned *sine die*.

**SO ORDERED.**

**Dated:    April 1, 2025**
**New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**